### 5075.  MYRICK *v.* THE STATE.

HILL, C. J.  The questions of law made in this case are controlled by the decision of this court in *Myrick* v. *State,* ante, 625 (79 S. E. 580).

2. The evidence authorized the verdict.                 *Judgment affirmed.*
               DECIDED OCTOBER 28, 1913.

Certiorari; from Bryan superior court—Judge Sheppard.  June 23, 1913.

*J. H. Smith,* for plaintiff in error.

*N. J. Norman, solicitor-general,* contra.